UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 07 B 22717
   ROBIN L CLAYTON
                                      CHAPTER 13

                                      JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-7444
```

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/04/07 and confirmed on 03/21/08.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   55650.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
```
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00             .00             .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE    27455.12             .00        27455.12
GMAC PAYMENT CENTER       SECURED VEHIC         .00             .00             .00
ROUNDUP FUNDING LLC       UNSECURED         5741.57           93.30         5741.57
MERCHANTS CREDIT GUIDE    UNSECURED        NOT FILED            .00             .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  27455.12          .00       5741.57          .00      33196.69
PRINCIPAL PAID      27455.12          .00       5741.57          .00      33196.69
INTEREST PAID            .00          .00         93.30          .00         93.30
TOTAL PAID          27455.12          .00       5834.87          .00      33289.99
```
The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $   3500.00
and was paid $    691.00  direct and $   2809.00  through the plan.

The Trustee received $   2050.15 .

Refunds to the Debtor totaled $   17500.86 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/20/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                         PAGE   2
CASE NO. 07 B 22717 ROBIN L CLAYTON
```